IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sheku Kallon,

      Petitioner(s),

    vs.

United States Attorney General, et al.,

      Respondent(s).

Case Number: 1:16cv1019

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on November 18, 2016 (Doc. 5), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 5, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, petitioner has failed to inform the Court of his change of address nor has he provided any update regarding his custody status.  Therefore, this matter is DISMISSED for lack of prosecution.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court